UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KAIRI SHARIF SANDERS,

        Plaintiff,                              Case No. 1:21-cv-292

v.                                              Honorable Paul L. Maloney

GAIL SCANLON et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:   October 7, 2021                     /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge